# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANNA PENN JOHNSON,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>LION VALLEN INDUSTRIES;<br>CONSOLIDATED ISSUE FACILITY;<br>JEFF ALEXANDER; and DOES 1<br>through 25, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 06cv2805-LAB (BLM)<br><br>**ORDER OF DISMISSAL** |

On February 23, 2007, the parties who have appeared in this action filed a joint motion to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). This action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: February 27, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge